# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D17-3323
_____

SAM STROTHER,

Appellant,

v.

JULIA MCCALL, Coordinator,
Office of Executive Clemency,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
John C. Cooper, Judge.

April 13, 2018


PER CURIAM.

AFFIRMED.

WOLF, ROBERTS, and WETHERELL, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Sam Strother, pro se, Appellant.

Rana Wallace, General Counsel, Florida Commission on Offender Review, Tallahassee, for Appellee.